KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERRY DIETZMANN, Individually; Jason Anderson, by and through His Mother and Guardian, CHERRY DIETZMANN; and DARLA ANDERSON, By and through Her Mother and Guardian, CHERRY DIETZMANN, <br><br> Plaintiffs, <br> v. <br><br> CITY OF HOMER; the HOMER POLICE DEPARTMENT; HOMER CHIEF OF POLICE MARK ROBL; SERGEANT LAWRENCE KUHNS; SERGEANT WILLIAM HUTT, OFFICER DAVID SHEALY; OFFICER STACY LUCK; JOHN and/or JANE DOE HOMER POLICE OFFICERS 1-10; STATE OF ALASKA; ALASKA STATE TROOPERS; ALASKA STATE TROOPER ARTHUR "TOM" DUNN; ALASKA STATE TROOPER VIC AYE; ALASKA STATE TROOPER DETECTIVE DAVID SHERBAHN; ALASKA STATE TROOPER MICHAEL HENRY; ALASKA STATE TROOPER CAPTAIN TOM BOWMAN; ALASKA STATE TROOPER INVESTIGATOR DAVID HANSON; ALASKA STATE TROOPER INVESTIGATOR TIM | Case No. _____ <br><br> Alaska Superior Court Case <br> Case No. 3KN-08-156 CI <br><br><br><br><br><br><br><br> **NOTICE OF REMOVAL** |

| | )|
|---|---|
| HUNYOR; ALASKA STATE TROOPER | ) |
| INVESTIGATOR EUGENE FOWLER; | ) |
| ALASKA STATE TROOPER | ) |
| INVESTIGATOR SCOTT BRIGGS; | ) |
| ALASKA STATE TROOPER TRAVIS | ) |
| BORDNER; ALASKA STATE TROOPER | ) |
| INVESTIGATOR ROBERT HUNTER; | ) |
| ALASKA STATE TROOPER | ) |
| INVESTIGATOR MARK PEARSON; | ) |
| ALASKA STATE TROOPER | ) |
| INVESTIGATOR MICHELYN GRIGG; | ) |
| ALASKA STATE TROOPER SGT. RANDY | ) |
| McPHERRON; ALASKA STATE TROOPER | ) |
| INVESTIGATOR ERIC BURROUGHS; | ) |
| JOHN and/or JANE DOES ALASKA STATE | ) |
| TROOPERS 11-20, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| CITY OF HOMER, | ) |
| | ) |
| Defendant/ Third-Party | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, UNITED | ) |
| STATES MARSHAL'S OFFICE, KEVIN | ) |
| GUINN, JOHN OLSON, JR. AND JASON | ) |
| ANDERSON, SR., | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |
| | ) |

The United States, via the United States Attorney's Office, gives notice to this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Kenai. The notice is based on the following:

    1.      Plaintiff Cherry Dietzman, individually and as Mother and Guardian of her minor

children, Jason Anderson and Darla Anderson, filed a civil action in the Superior Court for the State of Alaska against the City of Homer, the Homer Police Department, and other defendants, Case No. 3 KN-08-156 Civil ("the State Action").[1] The Complaint alleged that the defendants were involved in the "negligent and/or reckless planning and execution of the attempted arrest of Jason Anderson," and that the defendants were liable in tort for various injuries to the Plaintiffs that allegedly resulted from the attempted arrest of Jason Anderson.[2] The Complaint further alleged that certain unnamed "employees and/or agents of the United States Government and/or the United States Marshals" were also "negligent, reckless, and/or culpable" with regard to the alleged events and liable for the alleged injuries and damages to the Plaintiffs.[3]

2. Defendants City of Homer, Homer Police Department, and individual Homer law enforcement officers ("City Defendants") filed their Answer and Third-Party Complaint in the State Action.[4] In their Third-Party Complaint, the City Defendants named Deputy U.S. Marshals Kevin Guinn and John Olson, Jr. as Third-Party Defendants. The City Defendants have asserted potential claims for apportionment of fault and damages under AS 09.17.080 against Third-Party Defendants Kevin Guinn and John Olson, Jr.[5] The City Defendants have recently moved to file an Amended Answer and Third-Party Complaint that reasserts the potential claims for apportionment against Third-Party Defendants Kevin Guinn and John Olson Jr.

---

[1] A copy of the Complaint is attached with this Notice of Removal as Exhibit B.

[2] Exhibit B, Complaint Paragraphs 24 - 28, 38 - 39, 43 - 47.

[3] Exhibit B, Complaint Paragraph 29.

[4] A copy of the City Defendants' Answer and Third-Party Complaint is attached with this Notice of Removal as Exhibit A.

[5] Exhibit A, Third-Party Complaint pp. 14 - 17.

3. The United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that with respect to the allegations and potential claims for apportionment of fault in the City Defendants' Third-Party Complaint, Third-Party Defendants John Olson Jr. and Kevin Guinn were acting within the scope of their employment as Deputy United States Marshals with the United States Marshals Service in Alaska.

4. United States Attorney Karen L. Loeffler has certified that, at the time of the alleged events and incidents in the City Defendants' Answer and Third-Party Complaint, out of which the alleged claims for apportionment of fault arose, Deputy Marshal John Olson Jr. and Deputy Marshal Kevin Guinn were employees of the federal government and were acting within the scope of their office or employment for certification under 28 U.S.C. § 2679(d). The Certification of U.S. Attorney Karen L. Loeffler is filed with this notice.

5. Under 28 U.S.C. § 2679(d)(2), upon certification that the defendant employees (Third-Party Defendants John Olson Jr. and Kevin Guinn) were acting within the scope of their federal employment at the time of the incident out of which the alleged claims arose, any civil action or proceeding commenced upon such claims in a State court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending.

6. This Notice of Removal is brought pursuant to 28 U.S.C. §2679(d)(2). Under 28 U.S.C. § 2679(d)(2), no bond is required to be filed with this Notice of Removal.

7. A Notice of Filing Removal of a Civil Action together with a copy of this Notice are being filed in the state court where the action is pending.

8. Plaintiff Cherry Dietzman has filed a separate federal court civil action against

4

the United States, the USMS, and other defendants alleging related tort claims arising out of the same underlying events (attempted arrest of Jason Anderson, Sr.) and alleged injuries to the Plaintiffs. *Cherry Dietzman et al. v. United States of America et al.,* Case No. 3:09-cv-0019-RJB (the "Federal Action"). The United States has asserted a Third-Party Complaint in the Federal Action seeking apportionment of fault as to the City of Homer. The City of Homer has also asserted a Third-Party Complaint in the Federal Action seeking apportionment of fault as to Jason Anderson, Sr. The Federal Action is currently pending in the District Court and is assigned to U.S. Senior District Judge Robert J. Bryan.

Respectfully submitted this 12th day of March, 2010.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010,
a copy of the foregoing **NOTICE OF REMOVAL**
was served electronically on:

Frank Koziol
Pamela Sullivan
Marion Kelly
Phillip Weidner


s/ Gary M. Guarino

5

Case 3:10-cv-00050-RJB   Document 1   Filed 03/12/10   Page 5 of 5