IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CHERRY DIETZMANN, Individually; MINOR J.A. II, by and through his Mother and Guardian, CHERRY DIETZMANN; and MINOR D.A. by and through her mother and Guardian, CHERRY DIETZMANN, | ) ) ) ) ) ) ) ) | Case No. 3:10-cv-00050-RJB |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

This matter comes before the court on the Stipulaton (sic) for Dismissal of State of Alaska Defendants (Dkt. 18). The court being fully advised, it is now ORDERED as follows:

The State of Alaska defendants (including The State of Alaska; Alaska State Troopers; Alaska State Trooper Arthur "Tom" Dunn; Alaska State Trooper Vic Aye; Alaska State Trooper David Sherbahn; Alaska State Trooper Michael Henry; Alaska State Trooper Captain Tom Bowman; Alaska State Trooper David Hanson; Alaska State Trooper Tim Hunyor; Alaska State Trooper Eugene Fowler; Alaska State Trooper Investigator Scott Briggs; Alaska State Trooper Travis Bordner; Alaska State Trooper Robert Hunter; Alaska State Trooper Mark Pearson; Alaska State Trooper Michelyn Grigg; Alaska State Trooper Randy McPherron; Alaska State Trooper Eric Burroughs; and John and Jane Doe Alaska State Troopers 1-201) are DISMISSED WITH PREJUDICE, each side to bear their own costs and attorney's fees, subject to Probate Court approval of the settlement of the claims of the minor claimants/litigants.

1   This order is without impact or effect on plaintiffs' remaining claims regarding other defendants,
2   including the USA; U.S. Marshal John Olson; U.S. Marshal Kevin Guinn; and the City of Homer
3   defendants, including the Homer Police Department, the Homer Chief of Police Mark Robl; Sergeant
4   Lawrence Kuhns; Sergeant William Hutt; officer David Shealy; and Officer Stacy Luck.

5   In addition, this order to dismiss the State of Alaska defendants does not impact or affect any
6   defenses or claims by the other defendants.

7   The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
8   record and to any party appearing pro se at said party's last known address.

9   DATED this 14th day of May, 2010.

*[signature: Robert J. Bryan]*

Robert J. Bryan
United States District Judge