**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

CHERRY DIETZMANN, et al.,
      Plaintiffs,

                        Case Number 3:09-cv-00019-RJB

v.

CITY OF HOMER, et al.,
      Defendants.          **JUDGMENT IN A CIVIL CASE**


_XX_   **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


_____   **DECISION BY COURT.**  This action came before the court.  The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Judgment of Dismissal is hereby entered for all Defendants on all claims.


APPROVED:


   s/ROBERT J. BRYAN_____
United States District Judge

Date: March 11, 2013

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

                    Marvel Hansbraugh_____
                   Marvel Hansbraugh,
                    Clerk of Court

[]{JMT2.WPT*Rev.3/03}